B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **12–13269**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 11/4/12 and was converted to a case under chapter 7 on 11/14/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office, or for registered PACER users at https://ecf.laeb.uscourts.gov. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jean Thibodeaux
3321 Karen Dr.
Chalmette, LA 70043

| | |
|---|---|
| Case Number:<br>12–13269 Section B Office Code:   2 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx–xx–3602 |
| Attorney for Debtor(s) (name and address):<br>Elisabeth D. Harrington<br>Harrington & Myers<br>2901 North Causeway Blvd.<br>Suite 303<br>Metairie, LA 70002<br>Telephone number: (504) 861–0550 | United States Trustee (name and address):   Henry G. Hobbs<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130   Telephone number: (504) 589–4018<br><br>Bankruptcy Trustee (name and address):<br>Michael Chiasson<br>Post Office Box 1666<br>Mandeville, LA 70470<br>Telephone number: (985) 674–9848 |

## Meeting of Creditors
Date: **December 6, 2013**                                                                Time: **10:30 AM**
Location: **F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130**
Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
*See additional information on the reverse side.*
Parties must file by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:** 2/4/14
   **Objections to Exemptions:**   Thirty (30) days after the *conclusion* of the meeting of creditors.
   **Financial Management Course:**   Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Form 23) for individual chapter 7 debtor due 60 days after first date set for the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130<br>   Telephone number: (504) 589–7878 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Sheila Booth |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 11/20/13 |

**EXPLANATIONS**     B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. |
| **NOTICE** | **FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST.** |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | This district has electronic filing. All documents may be viewed at the bankruptcy clerk's office at the address listed on the front side. Registered PACER users may also view the documents at https://ecf.laeb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Jean Thibodeaux  
    Debtor

Case No. 12-13269-JAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 053L-2          User: kl                    Page 1 of 2                    Date Rcvd: Nov 20, 2013
                            Form ID: b9a              Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2013.

```
db           #+Jean Thibodeaux,    3321 Karen Dr.,    Chalmette, LA 70043-2505
aty           +Anthony J. Russo, Jr.,    Seale, Smith, Zuber & Barnette,    8550 United Plaza Blvd.,    Ste. 200,
                Baton Rouge, LA 70809-2256
aty           +William T. McNew,    McNew, King, Mills, Burch & Landry, LLP,    2400 Forsythe Ave.,    Suite 2,
                Monroe, LA 71201-2939
tr            +S. J. Beaulieu, Jr.,    433 Metairie Road,    Suite 307,    Metairie, LA 70005-4326
smg            Collector of Revenue,    City of New Orleans,    City Hall Annex,    New Orleans, LA  70112
smg            Delinquent Accounts Unit,    La. Department of Labor,    Office of Regulatory Services,
                P.O. Box 44127,    Baton Rouge, LA  70804-4127
smg            Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
                Baton Rouge, LA  70896-6658
smg            U. S. Attorney’s Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
                New Orleans, LA  70130-7212
cr            +JPMorgan Chase Bank, NA,    McNew, King, Mills, Burch & Landry, LLP,    c/o William T. McNew,
                2400 Forsythe Ave., Ste 2,    Monroe, LA 71201-2939
3059908       +@ Equifax Information Services LLC,    P.O. Box 740241,    Atlanta, GA 30374-0241
3059910       +@ Trans Union,    Attn Public Records Dept,    555 W. Adams St,    Chicago, IL 60661-3631
3059909       +@ experian,    p.o. box 2002,    Allen, TX 75013-2002
3059913       +Capital One,    P.O. Box 152409,    Irving, TX 75015-2409
3059914       +Capital One,    PO Box 4539,    Houston, TX 77210-4539
3069082       +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
3059917        Chase Auto Finance,    PO Box 9001937,    Louisville, KY. 40290-1937
3059918       +Chase Mortgage,    PO Box 24714,    Columbus, OH 43224-0714
3059919       +Ed Financial,    Po Box 36014,    Knoxville, TN 37930-6014
3068648        Edfinancial Services on behalf of USAF,    Sallie Mae Guarantee Services, INC,
                Attn: Bankruptcy Litigation Unit,    PO Box 9430,    Wilkes-Barre, PA 18773-9430
3059921       +Harrington & Myers,    2901 N. Causeway Blvd.,    Suite 302,    Metairie, LA 70002-4842
3059920       +Harrington & Myers,    P.O .Box 13127,    New Orleans LA 70185-3127
3059922       +Helzberg,    1825 Swift Ave.,    North Kansas City, MO 64116-3671
3072249       +JPMorgan Chase Bank, N.A.,    700 Kansas Lane,    Monroe, LA 71203-4774
3100656       +JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    PO Box 901032,
                Ft. Worth, TX 76101-2032
3072250       +JPMorgan Chase Bank, N.A.,,   C/O ANTHONY J. RUSSO, JR., ATTNY,    SEALE, SMITH, ZUBER & BARNETTE,
                8550 United Plaza Blvd., Suite 200,    Baton Rouge, LA 70809-2256
3068217        Louisiana Department of Revenue,    Bankruptcy Section,    P.O. 66658,    Baton Rouge, LA 70896-6658
3059925       +Small Business Administration,    14925 Kingsport Rd.,    Ft. Worth, TX 76155-2243
3059926       +Southern Credit,    Po Box 8710,    Metairie, LA 70011-8710
3059927       +U.S. ATTORNEY,    500 POYDRAS ST,    ROOM B-21-,    NEW ORLEANS, LA 70130-3319
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: swamplaw@bellsouth.net Nov 20 2013 19:24:40    Elisabeth D. Harrington,
                Harrington & Myers,    2901 North Causeway Blvd.,    Suite 303,    Metairie, LA  70002
tr            +EDI: FMCHIASSON.COM Nov 20 2013 19:23:00    Michael Chiasson,    Post Office Box 1666,
                Mandeville, LA 70470-1666
ust           +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Nov 20 2013 19:24:57     Office of the U.S. Trustee,
                400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3059911       +EDI: AFNIRECOVERY.COM Nov 20 2013 19:23:00    AFNI,    PO Box 3427,    Bloomington, IL 61702-3427
3077521       +EDI: OPHSUBSID.COM Nov 20 2013 19:23:00    Back Bowl I Llc,    C O Weinstein And Riley, PS,
                2001 Western Avenue, Ste 400,    Seattle, WA 98121-3132
3059912        EDI: HFC.COM Nov 20 2013 19:23:00    Best Buy,    P.O. Box 5238,    Carol Stream, IL. 60197-5238
3094028        EDI: RECOVERYCORP.COM Nov 20 2013 19:23:00    Bureaus Investment Group Portfolio No 15 LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
3059915       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 20 2013 19:34:34     Capital One Auto (ap),
                PO Box 201347,    Arlington, TX 76006-1347
3059916       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 20 2013 19:34:34
                Capital One Auto Finance (clm),    PO Box 201347,    Arlington, TX 76006-1347
3074276       +EDI: BASSASSOC.COM Nov 20 2013 19:23:00    Capital One, N.A.,    c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
3059923        EDI: IRS.COM Nov 20 2013 19:23:00    Internal Revenue Service,    P.O. Box 21126,
                Philadelphia, PA. 19114
3064219       +EDI: CAUT.COM Nov 20 2013 19:23:00    JPMorgan Chase Bank, N.A.,    201 N. Central Ave,
                AZ1-1191,    Phoenix, AZ 85004-0073
3084964        EDI: PRA.COM Nov 20 2013 19:23:00    Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
3067894        EDI: RECOVERYCORP.COM Nov 20 2013 19:23:00    Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
3067892        EDI: SALMAEGUARANTEE.COM Nov 20 2013 19:23:00    Sallie Mae Inc. on behalf of,
                United Student Aid Funds, Inc.,    Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,
                Wilkes-Barre, PA 18773-9430
3059924        EDI: SALMAESERVICING.COM Nov 20 2013 19:23:00    Sallie Mae Servicing,    P.O. Box 4600,
                Wilkes-Barre, PA. 18773-4600
3069095        EDI: TFSR.COM Nov 20 2013 19:23:00    Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
3105382       +EDI: BASSASSOC.COM Nov 20 2013 19:23:00    eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
```

```
District/off: 053L-2          User: kl                 Page 2 of 2                  Date Rcvd: Nov 20, 2013
                              Form ID: b9a             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                  TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +JPMorgan Chase Bank, N.A.,   700 Kansas Lane,   Monroe, LA 71203-4774
intp*        +S. J. Beaulieu, Jr.,   433 Metairie Road,   Suite 307,   Metairie, LA 70005-4326
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2013 at the address(es) listed below:
```
              Anthony J. Russo, Jr.   on behalf of Creditor    JPMorgan Chase Bank, N.A. tonyrusso@sszblaw.com
              Elisabeth D. Harrington    on behalf of Debtor Jean   Thibodeaux swamplaw@bellsouth.net,
               harringtonmyers@bellsouth.net;harringtonmyer@bellsouth.net
              Michael   Chiasson    mikesfigment@bellsouth.net,   mc@trustesolutions.net;LA25@ecfcbis.com
              Office of the   U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
              S. J. Beaulieu, Jr.    ecf@ch13no.com
              William T. McNew    on behalf of Creditor    JPMorgan Chase Bank, NA wmcnew@mkmblaw.com
                                                                                                 TOTAL: 6
```